UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-35450

**Case Name** USA v. Mike Moyle, Speaker of Idaho House of Representatives; et

**Counsel submitting this form** Daniel W. Bower

**Represented party/parties** The Speaker of Idaho House of Representatives

*Briefly describe the dispute that gave rise to this lawsuit.*

The United States initiated a lawsuit asserting that Idaho's abortion statute is preempted by federal law to the extent that it conflicts with the Emergency Medical Treatment and Labor Act. The district court granted the United States' motion for a preliminary injunction and subsequently denied the State of Idaho and the Idaho Legislature's motions to reconsider the preliminary injunction.

This is not the type of appeal that would benefit from mediation.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 09/01/22

*Briefly describe the result below and the main issues on appeal.*

The issue on appeal is whether the district court erred in granting the United States' motion for preliminary injunction.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The Idaho Legislature moved the district court to intervene as a matter of right and as provided for by Idaho statute, and that motion was denied. That decision regarding intervention is currently being appealed in the 9th Circuit.

**Signature** s/Daniel W. Bower  **Date** July 5, 2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**   Rev. 09/01/22

2