UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. STATE OF IDAHO, Defendant - Appellant. | Nos. 23-35440, 23-35450<br><br>D.C. No. 1:22-cv-00329-BLW<br>U.S. District Court for Idaho, Boise<br><br>**ORDER** |

The amicus brief submitted by St. Luke's Health System, Ltd. on October 14, 2024 is filed.

Within 7 days of this order, amici curiae - pending is ordered to file 18 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT